UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

YECHIAL MICHAEL LICHTENSTEIN,

           Defendant.

25-cr-501 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

The next conference is adjourned to **December 18, 2025, at 11:30 a.m.**

With the consent of the parties and in light of the new conference date, the Court prospectively excludes the time from **December 4, 2025** through **December 18, 2025,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:   New York, New York
        November 14, 2025

                                  John G. Koeltl
                             United States District Judge