# YurowitzLaw PLLC

STEVEN Y. YUROWITZ

~

WILLIAM J. DOBIE
NAFTALI T. RABINOVICH

December 10, 2025

**By ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

12/11/25

John G. Koeltl, U.S.D.J.

Re:    *United States v. Lichtenstein et. ano.*
25 cr 501 (JGK)
**(Unopposed Application to Modify Bail Conditions)**

Dear Judge Koeltl:

This firm represents Toby Moskovits, one of the defendants in the above-referenced matter. I am writing to request a modification of Ms. Moskowits's bail conditions to permit her to travel 1) to the Poconos with her family during the upcoming holiday season; and 2) to Los Angeles in late January to attend a work-related conference. I have communicated with PTS Stephen Boose who informed me that Pre-Trial Services has no objection to the proposed trips so long as Ms. Moskovits provides him with her hotel and travel itinerary prior to each trip, which we of course have no objection to. I have likewise communicated with AUSA Timothy Capone, who informed me that it defers to Pre-Trial's recommendation in this matter. Ms. Moskovits has been otherwise fully compliant with her bail conditions.

Accordingly, Ms. Moskovits respectfully requests that her bail conditions be modified to permit him to travel to the Middle District of Pennsylvania and the Central District of California for purposes of these trips, so long as she provides her hotel and travel itinerary to Pre-Trial Services in advance of the trip.

Respectfully submitted,

Steven Y. Yurowitz

cc:  AUSA Timothy Capone (by ECF)
PTS Officer Stephen Boose (by email)

SYY/hms

950 Third Avenue ~ New York, New York ~ 10022 ~ Tel. 212.308.7902 ~ Fax 646.568.9664