UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                              25 cr 501 (JGK)

YECHIAL MICHAEL LICHTENSTEIN
and TOBY MOSKOVITS,
                    Defendant.
-------------------------------------------------------------X

The conference scheduled for Tuesday, June 2, 2026, at 11:30am is **advanced to Monday,**

**June 1, 2026, at 11:30am.**

**SO ORDERED.**

                                      _____
                                        **JOHN G. KOELTL**
                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       May 21, 2026.