MSS MEISTER SEELIG & SCHUSTER

Ilana Haramati
*Partner*
ih@mss-pllc.com
Tel: (646) 860-3130
Fax: (212) 655-3535

October 14, 2026

**VIA EMAIL**

Hon. John G. Koeltl
U.S. District Judge
Southern District of New York
500 Pearl Street
Courtroom 14A
New York, New York 10007

**Re: *United States v. Lichtenstein, et al.*, 25-cr-501 (JGK)**

Dear Judge Koeltl,

We represent defendant Michael Lichtenstein in the above-referenced case. We write to respectfully request a two-week adjournment of the pretrial motions calendar, and that the Court order the following schedule for pretrial motions:

- Defense Motions: November 2, 2026
- Government Opposition: December 4, 2026
- Defense Replies: December 18, 2026

This additional time is necessary to accommodate further discussions between the parties regarding pretrial resolution of the case. We have conferred with counsel for the government, and for co-defendant Toby Moskovits who consent to this request.

Respectfully submitted,

/s/ IH
Henry E. Mazurek
Ilana Haramati
Meister Seelig & Schuster PLLC

*Counsel for Michael Lichtenstein*

cc: Counsel of Record (*via ECF*)